September 1, 2010

Fax: 718-613-2446
Eastern District Court New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP - 2 2010 ★
BROOKLYN OFFICE

Attn: Judge Glasser

RE: 10cv00266 Keegan vs. Delta & Jet Blue

Honorable Judge Glasser:

We are scheduled to meet today, September 1. I am sincerely sorry but, I am unable to make it. I was unexpectedly unable to travel to New York due to illness (I am pregnant and unable to take medicine in order to alleviate ailments).

For now, I will be representing myself in this matter. It is my intent to argue the points my previous attorney made on my behalf. Again, I am very sorry to have missed today's meeting. I appreciate your time and hope to reschedule for late September or early October. At that point I will be in the second trimester of my pregnancy and should be feeling better.

Sincerely,

Karin Keegan Reinford
Email: kj2368@gmail.com
Phone: 724-766-5104
Address: 278 Lincoln Drive
Pittsburgh, PA 15241